Michael A. Rollin (State Bar No. 251557)
REILLY POZNER LLP
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3576
Facsimile: (213) 236-3570
mrollin@rplaw.com

Kyle C. Velte *(admitted Pro Hac Vice)*
Caleb Durling *(admitted Pro Hac Vice)*
Marisa Hudson-Arney *(admitted Pro Hac Vice)*
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
kvelte@rplaw.com
mhudsonarney@rplaw.com
calebdurling@rplaw.com

Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> CMG MORTGAGE, INC., <br><br> Defendants. | CASE NO. 3:10-cv-00402-SC <br><br> **MOTION TO SHORTEN TIME UNDER LOCAL RULE 6-3** |

Plaintiff Lehman Brothers Holdings, Inc. ("LBHI") moves, pursuant to Local Rule 6-3, to shorten the time for Defendant CMG Mortgage, Inc.'s ("CMG")

response to LBHI's Motion for Extension of Discovery Cut-Off, and in support thereof states as follows:

1. The discovery cut-off in this case is currently set for January 28, 2011. Trial is currently set for March 28, 2011.

2. LBHI has filed contemporaneously with this Motion a Motion for Extension of Discovery Cut-Off.

3. Because LBHI's Motion for Extension of Discovery Cut-Off addresses time-sensitive issues that will be moot if that Motion is considered on the Court's regular briefing schedule, LBHI requests that the time for CMG's response to that Motion be shortened.

4. LBHI requests that CMG's response be due on January 12, 2011 and that a hearing be set on this motion for January 14, 2011.

5. Counsel for LBHI has conferred with CMG's counsel regarding this motion. CMG's counsel opposes the relief requested herein.

6. A declaration required by Local Rule 6-3 is attached as Ex. A.

7. A proposed order is attached.

DATED: January 7, 2011.            REILLY POZNER LLP

    s/ Kyle C. Velte
Michael A. Rollin
Kyle C. Velte *(admitted pro hac vice)*
Caleb Durling *(admitted pro hac vice)*
Marisa Hudson-Arney *(admitted pro hac vice)*
Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS, INC.

# PROOF OF SERVICE

## STATE OF COLORADO, COUNTY OF DENVER:

I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years and not a party to the within action; my business address is **511 Sixteenth Street, Suite 700, Denver, Colorado 80202.**

On the below date, I served copies of the interested parties in this action by placing the true copy of the **MOTION TO SHORTEN TIME UNDER LOCAL RULE 6-3** was served as indicated below and addressed as follows:

James W. Brody, Esq.
American Mortgage Law Group, P.C.
75 Rowland Way, Ste. 350
Novato, CA 94945

☒ (BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ (BY ELECTRONIC MAIL)
On the below date prior to 5:00 p.m. PST, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error. A true and correct copy of the electronic transmission is attached to this declaration. This method of service was made pursuant to the agreement of counsel.

☐ (BY PERSONAL SERVICE)
I caused to be delivered such envelope by hand to the addressee noted above. Executed on **the below date**, at Denver, Colorado.

☒ (FEDERAL)   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2011 at Denver, Colorado.

*s/ Meranda Vieyra-Blass*
Meranda Vieyra-Blass