Michael A. Rollin (State Bar No. 251557)
REILLY POZNER LLP
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone:  (213) 236-3576
Facsimile:  (213) 236-3570
mrollin@rplaw.com

Kyle C. Velte *(admitted Pro Hac Vice)*
Caleb Durling *(admitted Pro Hac Vice)*
Marisa Hudson-Arney *(admitted Pro Hac Vice)*
REILLY POZNER LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 893-6100
Facsimile:  (303) 893-6110
kvelte@rplaw.com
mhudsonarney@rplaw.com
cdurling@rplaw.com

Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CMG MORTGAGE, INC., <br><br> Defendant. | CASE NO.: C 10-00402 SC <br><br> **[PROPOSED] ORDER RE STIPULATION TO STAY TRIAL** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that trial in this matter is STAYED.  The Final Pretrial Conference set for April 8, 2011 is hereby VACATED.

[Stamp: DENIED — Judge Samuel Conti — United States District Court, Northern District of California]

— 1 —

[Proposed] Order re Stipulation to Stay— Case No. C 10-00402 SC

513912

1

2

3       DATED:_____ , 2011

4

5                                   By:_____

6                                       HON. SAMUEL CONTI

7                                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28