Michael A. Rollin (State Bar No. 251557)
Matthew D. Spohn (State Bar No. 269636)
REILLY POZNER LLP
515 S. Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone:  (213) 236-3576
Facsimile:  (213) 236-3570
mrollin@rplaw.com
mspohn@rplaw.com

Kyle C. Velte *(admitted Pro Hac Vice)*
REILLY POZNER LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:  (303) 893-6100
Facsimile:  (303) 893-6110
kvelte@rplaw.com

*Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS INC.*

and

James W. Brody
Greg Chambers
American Mortgage Law Group, P.C.
75 Rowland Way, Suite 350
Novato, CA 94945
Telephone:  (415) 878-0030 x 151
Email:  jbrody@americanmlg.com

*Attorney for Defendant CMG Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, <br><br> Plaintiff, <br><br> vs. <br><br> CMG MORTGAGE, INC., <br><br> Defendants. | CASE NO. C 10-00402 SC <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

Upon a settlement of claims, Plaintiff Lehman Brothers Holdings Inc. ("LBHI") and Defendant CMG Mortgage, Inc, ("CMG"), through their undersigned attorneys, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party bearing its own fees and costs.

DATED: March 17, 2011.         REILLY POZNER LLP


                                s/ Matthew D. Spohn
                                _____

                                Michael A. Rollin
                                Matthew D. Spohn
                                Kyle C. Velte *(admitted pro hac vice)*
                                Attorneys for Plaintiff Lehman Brothers
                                Holdings Inc.



                                AMERICAN MORTGAGE LAW GROUP, PC


                                s/ Greg Chambers
                                _____

                                James W. Brody, Esq.
                                Greg Chambers, Esq.
                                Attorneys for Defendant CMG Mortgage, Inc.


IT SO ORDERED.


3/18/11                         
                                Honor_____
                                United States District Court Judge

STIPULATON TO DISMISS WITH PREJUDICE
2